UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cause No. 3:14-CR-74-RLM |
| ) | |
| CRYSTAL RIGGS ) | |

## O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on August 15, 2014. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 7), ACCEPTS defendant Crystal Riggs' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED: September 5, 2014

/s/ Robert L. Miller, Jr.
Judge
United States District Court